NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JEROME A. MAHER AND JOHN R. GRAVEE,**
*Plaintiffs-Appellants,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2010-5130

---

Appeal from the United States Court of Federal Claims in case no. 08-CV-012, Senior Judge John P. Wiese.

---

**ON MOTION**

---

**O R D E R**

Jerome A. Maher and John R. Gravee move for a 3-day extension of time, until March 31, 2011, to file their reply brief.

Accordingly,

IT IS ORDERED THAT:

The motion for an extension of time is granted.

FOR THE COURT

**APR 1 8 2011**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  John O. Tuohy, Esq.
     Vincent D. Phillips, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

APR 1 8 2011

**JAN HORBALY**
**CLERK**